<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

</div>

| | |
|---|---|
| IN RE: Anthony J. Bonitz III ,<br>    dba Anthony Bonitz Flooring Installation<br><div align="center">Debtor(s)</div> | BK NO. 17-03220 HWV<br><br>Chapter 13 |

<div align="center">

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

</div>

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                    Respectfully submitted,

                                                   **/s/James C. Warmbrodt, Esquire**
                                                   James C. Warmbrodt, Esquire
                                                 Matteo S. Weiner, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 412-430-3594