# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ANTHONY J. BONITZ, III
             DBA: ANTHONY BONITZ FLOORING
             INSTALLATION

                    Debtor(s)                    CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE            CASE NO: 1-17-03220-HWV
              Movant

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 25, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)     A Petition under Chapter 13 was filed on August 3, 2017.

2)     The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

      - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
      - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
      - **CHAPTER 13 PLAN**

3)     If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                                       Respectfully submitted,
                                                       s/ <u>Charles J. DeHart, III</u>
                                                       Standing Chapter 13 Trustee
                                                       8125 Adams Drive, Suite A
                                                       Hummelstown, PA  17036
                                                       (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANTHONY J. BONITZ, III
DBA: ANTHONY BONITZ FLOORING
INSTALLATION

CHAPTER 13

CASE NO: 1-17-03220-HWV

**NOTICE**

The debtor(s) filed a Chapter13 Bankruptcy Petition on August 3, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

Date: **September 13, 2017**
Time: **09:30 AM**
Location: **Ronald Reagan Federal Bldg**
**Bankruptcy Courtroom, 3rd Floor**
**228 Walnut Street**
**Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **September 8, 2017**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: August 25, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANTHONY J. BONITZ, III
DBA: ANTHONY BONITZ
FLOORING INSTALLATION

CHAPTER 13

Debtor(s)

CASE NO: 1-17-03220-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on August 25, 2017.

TONY SANGIAMO, ESQUIRE
1701 WEST MARKET STREET
P.O. BOX 1324
YORK, PA 17405-

ANTHONY J. BONITZ, III
241 REYNOLDS MILL ROAD
YORK, PA 17403

Respectfully submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: August 25, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY J. BONITZ, III<br>DBA: ANTHONY BONITZ FLOORING INSTALLATION<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-17-03220-HWV |
| vs. | |
| ANTHONY J. BONITZ, III<br>DBA: ANTHONY BONITZ FLOORING INSTALLATION<br><br>Respondent(s) | MOTION TO DISMISS |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.