```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 17-03220-HWV
Anthony J. Bonitz, III                                        Chapter 13
         Debtor                 CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: REshelman          Page 1 of 1              Date Rcvd: Sep 07, 2017
                              Form ID: ntnew341        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
```
db              Anthony J. Bonitz, III,   241 Reynolds Mill Road,   York, PA 17403-9551
4953362        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA,   P.O. BOX 982238,   EL PASO, TX 79998)
4953365        +FINANCIAL RECOVERIES,   200 EAST PARK DRIVE S,   P.O. BOX 1388,   MOUNT LAUREL, NJ 08054-7388
4953367         NATION STAR BANK,   P.O. BOX 619063,   DALLAS, TX 75261-9063
4953368        +NICOLE DONAHUE,   241 REYNOLDS MILL ROAD,   YORK, PA 17403-9551
4953364        +YORK COUNTY COURTHOUSE,   CLERK OF COURTS,   45 N. GEORGE ST.,   YORK, PA 17401-1240
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4953363         E-mail/Text: bankruptcy@cavps.com Sep 07 2017 18:41:30     CAVALRY SPV I LLC,
                 500 SUMMIT LAKE DRIVE STE. 400,   VALHALLA, NY 10595-1340
4953366        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 07 2017 18:41:28     MIDLAND FUNDING,
                 2365 NORTHSIDE DRIVE,   SAN DIEGO, CA 92108-2709
4953369         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2017 18:47:37
                 PORTFOLIO RECOVERY ASSOCIATES,   RIVERSIDE COMMERCE CENTER,   120 CORPORATE BLVD STE 100,
                 NORFOLK, VA 23502-4962
4954098        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2017 18:47:32
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor Anthony J. Bonitz, III tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Anthony J. Bonitz III<br>dba Anthony Bonitz Flooring Installation<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−03220−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 12, 2017<br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 7, 2017 |