```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 17-03220-HWV
Anthony J. Bonitz, III                                            Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1      User: REshelman         Page 1 of 1         Date Rcvd: Oct 17, 2017
                          Form ID: ntcnfhrg       Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db              Anthony J. Bonitz, III,    241 Reynolds Mill Road,    York, PA   17403-9551
4953362       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    P.O. BOX 982238,    EL PASO, TX 79998)
4953365        +FINANCIAL RECOVERIES,    200 EAST PARK DRIVE S,    P.O. BOX 1388,    MOUNT LAUREL, NJ 08054-7388
4953367         NATION STAR BANK,    P.O. BOX 619063,    DALLAS, TX 75261-9063
4953368        +NICOLE DONAHUE,    241 REYNOLDS MILL ROAD,    YORK, PA 17403-9551
4972860         Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
4953364        +YORK COUNTY COURTHOUSE,    CLERK OF COURTS,    45 N. GEORGE ST.,    YORK, PA 17401-1240
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4953363         E-mail/Text: bankruptcy@cavps.com Oct 17 2017 19:15:22      CAVALRY SPV I LLC,
                 500 SUMMIT LAKE DRIVE STE. 400,    VALHALLA, NY 10595-1340
4953366        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2017 19:15:12      MIDLAND FUNDING,
                 2365 NORTHSIDE DRIVE,    SAN DIEGO, CA 92108-2709
4975772         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 19:31:44
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
4953369         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 19:31:50
                 PORTFOLIO RECOVERY ASSOCIATES,    RIVERSIDE COMMERCE CENTER,    120 CORPORATE BLVD STE 100,
                 NORFOLK, VA 23502-4962
4954098        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 19:19:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Anthony J. Bonitz, III tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anthony J. Bonitz III  
dba Anthony Bonitz Flooring Installation  
Debtor(s)

Chapter 13

Case No. 1:17−bk−03220−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**November 15, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 22, 2017  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 17, 2017 |