**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**                                              **Case No.**   17-03220
   ANTHONY J. BONITZ, III                          **Claim No.**  1

     Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address,
pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

### Address where Notices to the creditor be sent:

FROM:                                           TO:

Wells Fargo Bank, N.A.                          Wells Fargo Bank, N.A.

Home Equity Group                               Default Document Processing

1 Home Campus X2303-01A                         N9286-01Y, 1000 Blue Gentian Road

Des Moines, IA 50328                            Eagan, MN 55121-7700

### Address where Payment to the creditor be sent:

FROM:                                           TO:

Wells Fargo Operations Center                   Wells Fargo Bank, N.A.

P.O. Box 31557  B6955-01B                       Attention: Payment Processing

Billings, MT  59107                             MAC# X2302-04C, 1 Home Campus

                                                Des Moines IA 50328

Dated: 03/09/2018                               /s/ Ashish Rawat

                                                Creditor's Authorized Agent for Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

Case Information

| Debtor(s) ANTHONY J. BONITZ, III | | | |
|---|---|---|---|
| Street | City | State | Zip |
| 241 REYNOLDS MILL ROAD | YORK | PA | 17403 |
| Case Number | Court | Chapter | |
| 17-03220 | Middle Pennsylvania | 13 | |

**Trustee:**
CHARLES J DEHART III
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN, PA 17036

**Debtor/Attorney for Debtor:**
TONY SANTO SANGIAMO
1701 WEST MARKET STREET
PO BOX 1324
YORK, PA 17405

By: /s/ Ashish Rawat
Ashish Rawat
P.O. Box 201347
Arlington, TX 76006