# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANTHONY J. BONITZ, III
DBA: ANTHONY BONITZ FLOORING
INSTALLATION

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-03220-HWV

ANTHONY J. BONITZ, III
DBA: ANTHONY BONITZ FLOORING
INSTALLATION

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on November 18, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 18, 2019, the Debtor(s) is/are $8635.50 in arrears with a plan payment having last been made on Sep 11, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 18, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANTHONY J. BONITZ, III
DBA: ANTHONY BONITZ FLOORING INSTALLATION

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-03220-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 18, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

TONY SANGIAMO, ESQUIRE
1701 WEST MARKET STREET
P.O. BOX 1324
YORK, PA 17405-

SERVED ELECTRONICALLY

ANTHONY J. BONITZ, III
241 REYNOLDS MILL ROAD
YORK, PA 17403

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com