```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-03220-HWV
Anthony J. Bonitz, III                                              Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1        User: LyndseyPr           Page 1 of 2        Date Rcvd: Nov 22, 2019
                            Form ID: pdf010           Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
```
db              Anthony J. Bonitz, III,    241 Reynolds Mill Road,    York, PA  17403-9551
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                  Eagan, MN  55121-7700
4953362        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,    P.O. BOX 982238,    EL PASO, TX 79998)
4953365        +FINANCIAL RECOVERIES,    200 EAST PARK DRIVE S,    P.O. BOX 1388,    MOUNT LAUREL, NJ  08054-7388
4953367         NATION STAR BANK,    P.O. BOX 619063,    DALLAS, TX  75261-9063
4992816        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                  P.O. Box 619096,    Dallas, TX  75261-9741)
4953368        +NICOLE DONAHUE,    241 REYNOLDS MILL ROAD,    YORK, PA  17403-9551
5096540        +U.S. Bank National Association, Trustee,    for the RMAC Trust, Series 2016-CTT,
                  c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA  92619-2708
5096541        +U.S. Bank National Association, Trustee,    for the RMAC Trust, Series 2016-CTT,
                  c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA  92619,
                  U.S. Bank National Association, Trustee 92619-2708
4972860         Wells Fargo Bank NA,    Default Document Processing,    N9286-01Y 1000 Blue Gentian Road,
                  Eagan, MN  55121-7700
4953364        +YORK COUNTY COURTHOUSE,    CLERK OF COURTS,    45 N. GEORGE ST.,    YORK, PA  17401-1240
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4953363        +E-mail/Text: bankruptcy@cavps.com Nov 22 2019 19:06:34      CAVALRY SPV I LLC,
                 500 SUMMIT LAKE DRIVE STE. 400,    VALHALLA, NY  10595-2321
4953366        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2019 19:06:28      MIDLAND FUNDING,
                 2365 NORTHSIDE DRIVE,    SAN DIEGO, CA  92108-2709
4990196        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2019 19:06:28      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI  48090-2011
4953369         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2019 19:33:17
                 PORTFOLIO RECOVERY ASSOCIATES,    RIVERSIDE COMMERCE CENTER,    120 CORPORATE BLVD STE 100,
                 NORFOLK, VA  23502-4962
4975772         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2019 19:11:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5002185         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2019 19:32:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4954098        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2019 19:11:42
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
4990576*       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI  48090-2011
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Emmanuel Joseph Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
```

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James Allen Prostko    on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Anthony J. Bonitz, III tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY J. BONITZ, III
DBA: ANTHONY BONITZ
FLOORING
INSTALLATION

Chapter: 13

Case No.: 1-17-03220-HWV

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE\

vs.   Movant(s)

ANTHONY J. BONITZ, III
DBA: ANTHONY BONITZ
FLOORING
INSTALLATION
   Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 22, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)